**FILED**
JUL 2 6 1999
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THELMA G. PARASKEVAIDES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No: 1:98CV02802(RCL) |
| v. ) | |
| ) | |
| FOUR SEASONS WASHINGTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of Plaintiffs' Motion on Consent To Extend Scheduling Deadlines 30 Days, and the Court having determined that Plaintiffs have shown good cause to modify the Scheduling Order in this case entered on February 9, 1999, it is hereby:

ORDERED that the February 9, 1999 Scheduling Order be modified as follows:

1.  Fact discovery shall be completed by July 31, 1999.

2.  Expert discovery shall be completed by September 1, 1999.

3.  Plaintiffs' expert disclosures shall be served no later than August 6, 1999.

4.  Defendant's expert disclosures shall be served no later than September 6, 1999.

5.  Any dispositive motion shall be filed by November 1, 1999.

All other provisions of the February 9, 1999 Scheduling Order will remain in effect.

Dated: ~~June~~ July 26, 1999, nunc pro tunc.

Royce C. Lamberth
United States District Judge

