UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THELMA G. PARASKEVIADES, et al.,

    Plaintiffs,

v.

FOUR SEASONS WASHINGTON,

    Defendant.

Civil Action No. 98-2802 (RCL)(AK)

**FILED**

FEB 2 0 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The above-captioned case was referred to the undersigned by the Honorable Royce C. Lamberth for the purpose of facilitating a settlement. Accordingly, it is by the Court this 20th day of February, 2003, hereby

**ORDERED:**

1. The lead attorney(s) for the parties shall appear before the undersigned on Wednesday, April 16, 2003, at 10:00 a.m. The settlement conference set for March 3, 2003 is cancelled upon request of counsel. The parties shall either attend the settlement conference or be available by telephone for the duration of the settlement conference.

2. If any attorney or party is unavailable on the date and

1




    at the time set forth above, the attorney shall notify the other attorney(s) in the case as soon as possible to arrange a telephone conference call with chambers to select an alternative date and time.

3. Telephone conference calls to chambers (202/354-3030) shall be placed only between 3:00 and 5:00 p.m., Monday through Friday.

4. If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time in a letter to the other attorneys and the Court.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE