IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THELMA G. PARASKEVAIDES, et al., )
)
Plaintiffs, )
)
vs. ) Case No.: 1:98CV02802 (RCL)
)
FOUR SEASONS WASHINGTON, )
)
Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Thelma G. Paraskevaides, Christina G. Paraskevaides, and American Home Assurance Company and Defendant Four Seasons Washington, by their undersigned counsel, stipulate to dismiss with prejudice the above-captioned action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

THELMA PARASKEVAIDES, ET AL.         FOUR SEASONS WASHINGTON

By: _____          By:    /s/
Charles Rocco (Admitted Pro               Karla Grossenbacher, #442544
Hac Vice)                                 SEYFARTH SHAW LLP
CLAUSEN MILLER, P.C.                      815 Connecticut Avenue, N.W.
1 Chase Manhattan Plaza, 39th Floor       Suite 500
New York, NY 10005                        Washington, D.C. 20006-4004
(212) 805-3900                            (202) 463-2400
                                          Counsel for Defendant
Local Counsel: Nicholas H. Cobbs, Esq.
Law Offices of Nicholas Cobbs
1776 K Street, N.W., Suite 300
Washington, DC 20006-2304
Counsel for Plaintiffs

Dated: May 10, ~~2003~~ 2004             Dated: _____, 2003

DC1 30111354.2

PAGE 10/10 * RCVD AT 11/13/2003 2:47:09 PM [Eastern Standard Time] * SVR:NY-RFO * DNIS:0 * CSID:2022285383 * DURATION (mm-ss):03-18

TOTAL P.10